# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 11-04240 AHM (VBKx) | Date | June 29, 2011 |
|---|---|---|---|
| Title | THOMAS R. ANDERSON, J.D. v. CIGNA GROUP NISURANCE, et al. | | |

| Present: The Honorable | A. HOWARD MATZ, U.S. DISTRICT JUDGE | |
|---|---|---|
| Stephen Montes | Not Reported | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys **NOT** Present for Plaintiffs: | Attorneys **NOT** Present for Defendants: |
|---|---|

**Proceedings:**      IN CHAMBERS (No Proceedings Held)

On June 2, 2011, the Court ordered Plaintiff to show cause, on or before June 20, 2011, why this action should not be dismissed for lack of jurisdiction. The Court has reviewed Plaintiff's response and his proposed First Amended Complaint. The Court finds that Plaintiff has adequately set forth a basis for subject matter jurisdiction. Accordingly, the Court DISCHARGES the order to show cause.[1] Plaintiff may manually file the proposed First Amended Complaint at the Civil Intake window.

IT IS SO ORDERED.

|  | : |  |
|---|---|---|
| Initials of Preparer | SMO | |

---

[1] Docket No. 3.