1
2
3
4
5
6
7
8
9
10
11
12

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION**

| | |
|---|---|
| THOMAS R. ANDERSON, J.D. ) | Case No.:  CV11-04240 AHM (VBKx) |
| Plaintiff, ) | |
| v. ) | **ORDER FOR DISMISSAL WITH PREJUDICE OF ENTIRE ACTION** |
| CIGNA GROUP INSURANCE, ) CIGNA, CIGNA HEALTH AND LIFE ) INSURANCE COMPANY, LIFE ) INSURANCE COMPANY OF NORTH ) AMERICA ) | |
| Defendants. ) | |

13
14
15
16
17
18
19

20    Pursuant to the parties' stipulation, the Court hereby orders that the above-

21  captioned matter is dismissed with prejudice in its entirety.

22  IT IS SO ORDERED.

23

24  Dated: February 07, 2012        _____

25                 Honorable A. Howard Matz
                 United States District Court Judge

26
27
28

1