# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| THOMAS R. ANDERSON, J.D. | Case No.: CV11-04240 AHM (VBKx) |
| Plaintiff, | |
| v. | **ORDER FOR DISMISSAL WITH PREJUDICE OF ENTIRE ACTION** |
| CIGNA GROUP INSURANCE, CIGNA, CIGNA HEALTH AND LIFE INSURANCE COMPANY, LIFE INSURANCE COMPANY OF NORTH AMERICA | |
| Defendants. | |

Pursuant to the parties' stipulation, the Court hereby orders that the above-captioned matter is dismissed with prejudice in its entirety.

IT IS SO ORDERED.

Dated: February 07, 2012

_____
Honorable A. Howard Matz
United States District Court Judge